FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D18-2321
_____

EARL RAYMOND CAMPOS,

   Appellant,

   v.

JOANA CAMPOS,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

March 26, 2019


PER CURIAM.

   AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Emilian "Ian" Bucataru of Bucataru Law Firm PLLC, Tallahassee, for Appellant.

Jerry L. Rumph, Jr. and Jennifer L. Sweeting of Sweeting & Rumph, P.A., Tallahassee, for Appellee.